**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **TERRELL R. JONES,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**CITY OF WICHITA,**<br><br>    **Defendant.** | Case No. 20-1142-JAR-KGG |

## ORDER ADOPTING IN PART REPORT AND RECOMMENDATION

Fourteen days having passed, and no written objections being filed to the proposed findings and recommendations filed by Magistrate Judge Kenneth G. Gale (Doc. 5), and after a de novo determination upon the record pursuant to Fed. R. Civ. P. 72(b), the Court accepts as its own the recommended decision to dismiss this case under 28 U.S.C. § 1915(e)(2)(B). The Court declines to impose filing restrictions at this time.

**IT IS THEREFORE ORDERED BY THE COURT** that this case is dismissed in accordance with Judge Gale's June 2, 2020 Report and Recommendation (Doc. 5).

**IT IS SO ORDERED.**

Dated: June 22, 2020

                                                        S/ Julie A. Robinson
                                                        JULIE A. ROBINSON
                                                        CHIEF UNITED STATES DISTRICT JUDGE